# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN, | No. 2:18-CV-1223-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| SUNBEAM PRODUCTS, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are various motions to compel, see ECF Nos. 34, 35, 36, and 27, all set for hearing before the undersigned in Redding, California, on August 5, 2020, at 10:00 a.m. Due to the continued closure to the public of the courthouses in the Eastern District of California, see General Order No. 618, all parties shall be required to appear telephonically through CourtCall.

IT IS SO ORDERED.

Dated: July 14, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1