IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN, | No. 2:18-CV-1223-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| SUNBEAM PRODUCTS, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are plaintiff's motions to compel further responses to interrogatories, <u>see</u> ECF No. 47, and requests for production, <u>see</u> ECF No. 48, both set for telephonic hearing before the undersigned in Redding, California, on December 16, 2020, at 10:00 a.m. The parties have filed separate joint statements. <u>See</u> ECF Nos. 49-53.

The parties' joint statements are deficient. Eastern District of California Local Rule 251(c) sets forth the requirements for a joint statement accompanying a discovery motion. The rule provides, in pertinent part: "Each specific interrogatory, deposition question, or other item objected to, or concerning which a protective order is sought, and the objection thereto, <u>shall be reproduced in full</u>." <u>Id.</u> (emphasis added). While the parties have in fact reproduced the disputed discovery and responses thereto in the joint statements, they have not done so in a way that satisfies the spirit of the rule, which is to provide information in a way that assists the Court.

Specifically, in many if not most instances, where a discovery request is reproduced, the various responses thereto, while apparently reproduced accurately, are incorrectly numbered in the joint statements. For example, the joint statement regarding Plaintiff's requests for production reproduces Plaintiff's request no. 2. See ECF No. 49, pg. 14. Immediately following the reproduced request are "Response to Request No. 3" and "Second Amended Response to Request No. 4." Id. at 15-16. To confirm the accuracy of the information provided in the joint statement, the Court must examine the actual requests and responses thereto attached as exhibits to the joint statement. See e.g. ECF No. 52, pgs. pgs. 124-224 (Exhibit 11 – Sunbeam's Second Amended Responses to Plaintiff's Requests for Production, Set One). This process reveals that the numbering of the responses set forth in the joint statement does not correlate with the actual discovery responses served by Sunbeam or at issue in Plaintiff's motion. The numbering errors persist throughout the joint statements such that, again by way of example, following reproduction of Plaintiff's request for production no. 58, are "Response to Request No. 140" and "Second Amended Response to Request No. 141." ECF No. 49, pgs. 138-39.

Though it appears that the text of the responses reproduced in the joint statements correlates with the actual responses served, the persistent incorrect numbering would require the Court to expend significant additional time to confirm the accuracy of the information provided. The Court declines to do so. Accordingly, on the Court's own motion, the hearing set for December 16, 2020, is continued to January 13, 2021, at 10:00 a.m., before the undersigned in Redding, California. The parties shall file corrected joint statements on or before January 6, 2021. The parties need not re-submit supporting declarations. Finally, the parties shall appear telephonically. Telephonic appearances shall be arranged through CourtCall.

IT IS SO ORDERED.

Dated: December 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE