**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOEL COGBURN,<br><br>              Plaintiff,<br><br>     v.<br><br>SUNBEAM PRODUCTS, INC., et al.,<br><br>              Defendants. | No.  2:18-CV-1223-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties joint stipulated request for modification of the schedule for this litigation.  See ECF No. 61.  Good cause appearing therefor, the stipulated request is approved and the Court's initial pretrial scheduling order is further modified as follows:

        1.     The parties shall serve initial disclosures and complete fact depositions and discovery by June 1, 2021;

        2.     The parties shall designate in writing and file with the Court the name, address, and area of expertise of each expert they propose to tender at trial not later than August 2, 2021;

        3.     The parties shall designate supplemental lists of expert witnesses by September 7, 2021; and

/ / /

1

4. All expert discovery, including depositions, shall be completed by November 24, 2021.

IT IS SO ORDERED.

DATED: January 22, 2021

Troy L. Nunley
United States District Judge

2