LISA P. GRUEN (SBN: 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA B. ASCIONE (SBN: 316499)
*aascione@goldbergsegalla.com*
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA  90017
Telephone:  213.415.7200
Facsimile:   213.415.7299

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.
and WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN;<br><br>                      Plaintiff,<br>vs.<br><br>SUNBEAM PRODUCTS, INC. doing business as JARDEN CONSUMER SOLUTIONS; and WALMART INC.,<br><br>                      Defendants. | Case No.  2:18-cv-01223-TLN-DMC<br>District Judge: Troy L. Nunley<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Trial Date: Not Set |

This stipulation ("Stipulation") is made between Plaintiff Noel Cogburn, Defendant Sunbeam Products, Inc., dba Jarden Consumer Solutions, ("Sunbeam") and Defendant Walmart, Inc. (hereinafter collectively, "Parties") based on the following:

## RECITALS

1. On January 13, 2021, Plaintiff's motions to compel further responses to interrogatories and requests for production, set one, from Defendant Sunbeam

Products, Inc., dba Jarden Consumer Solutions ("Sunbeam") came on for hearing before the United States Magistrate Judge Dennis Cota.

2. On February 9, 2021, the Honorable Dennis Cota signed an order stating that Plaintiff's motions to compel were denied in part and granted in part. The Court further ordered that where further discovery responses have been ordered, responses shall be served on Plaintiff by March 1, 2021.

3. On January 14, 2021, Plaintiff served a second set of requests for production and interrogatories on Defendant Sunbeam Products.

4. On February 2, 2021, parties met and conferred regarding an extension to provide responses to Plaintiff's second set of requests for production and interrogatories on behalf of Sunbeam. Plaintiff's counsel agreed to extend the deadline to March 1, 2021.

5. On February 17, 2021, Counsel for Sunbeam conducted a telephonic meet and confer with Plaintiff's counsel to request an extension for Sunbeam to provide further discovery responses pursuant to the Court's order on February 9, 2021.

6. Defense Counsel specifically requested a 60 day extension to provide responses to first set of interrogatories and requests for production in light of the following:

    a. According to Defense Counsel, documents for the "Model Blenders" dating back to 2007 are located in several different locations forcing Sunbeam to search multiple locations in order to ensure all responsive documents are produced.

    b. Sunbeam's blenders are manufactured in Acuna, Mexico. Sunbeam is informed and believes that there are hard copy documents responsive to Plaintiff's requests that must be obtained from Acuna, Mexico to ensure all responsive documents are produced.

      c.    Following obtaining the foregoing documents for the "Model Blenders," as ordered by the Court, Defense counsel will require time to review all documents prior to production.

7. Sunbeam will make all responsive documents available as the search is conducted.

8. Plaintiff's counsel agreed to a 30 day extension for Defendant Sunbeam to provide further responses to the first set of interrogatories and requests for production.

10. Plaintiff's counsel is willing to consider a longer extension for Defendant Sunbeam to provide further responses if the deadline for fact discovery and expert discovery are also extended.

11. Parties are actively trying to resolve this matter and are scheduled to attend a settlement conference on April 26, 2021.

## **STIPULATION**

NOW THEREFORE, the Parties hereby agree and stipulate as follows:

(a) Defendant Sunbeam's further responses to be provided to Plaintiff pursuant to the Court's February 9, 2021 order are due on April 1, 2021.

(b) Plaintiff will agree to a 60 day extension for the further responses to first set of interrogatories and requests for production to April 30, 2021, if the deadlines for fact discovery and expert discovery are extended by 60 days.

(c) The parties agree to extend fact discovery 60 days to August 2, 2021.

(d) The parties agree to extend expert discovery 60 days to October 1, 2021.

SO STIPULATED.

///

///

DATED:  February 24, 2021        **KP LAW**

By: _/s/Aghavni Kasparian__
    Aghavni V. Kasparian
    Attorneys for Plaintiff
    **NOEL COGBURN**

DATED:  February 24, 2021        **GOLDBERG SEGALLA**

By:__/s/ Lisa P. Gruen_____
    Lisa P. Gruen
    Attorneys for Defendants
    **SUNBEAM PRODUCTS, INC., DBA JARDEN CONSUMER SOLUTIONS, AND WALMART, INC.**