LISA P. GRUEN (SBN: 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA B. ASCIONE (SBN: 316499)
*aascione@goldbergsegalla.com*
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA  90017
Telephone:   213.415.7200
Facsimile:    213.415.7299

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.
and WALMART, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. doing business as JARDEN CONSUMER SOLUTIONS; and WALMART INC.,<br><br>　　　　　　　Defendants. | Case No.  2:18-cv-01223-TLN-DMC<br>District Judge: Troy L. Nunley<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>*[Filed concurrently with Stipulation to Extend Deadlines]*<br><br>Trial Date: Not Set |

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation:

1.　Defendant Sunbeam Products, Inc.'s further responses are to be provided to Plaintiff Noel Cogburn pursuant to the Court's February 9, 2021 order on April 1, 2021.

2.　Plaintiff will agree to a 60 day extension for the further responses to first set of interrogatories and requests for production to April 30, 2021, if the deadlines for fact discovery and expert discovery are extended by 60 days.

3.　The fact discovery deadline is extended 60 days to August 2, 2021.

4.　The expert discovery deadline is extended 60 days to October 1, 2021.

1
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES

1     **IT IS SO ORDERED.**

3   Dated:

                                          Hon. Troy L. Nunley