LISA P. GRUEN (SBN: 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA B. ASCIONE (SBN: 316499)
*aascione@goldbergsegalla.com*
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA  90017
Telephone:  213.415.7200
Facsimile:   213.415.7299

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.
and WALMART, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN;<br><br>    Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. doing business as JARDEN CONSUMER SOLUTIONS; and WALMART INC.,<br><br>    Defendants. | Case No.  2:18-cv-01223-TLN-DMC<br>District Judge: Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>*[Filed concurrently with Stipulation to Extend Deadlines]*<br><br>Trial Date: Not Set |

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation:

1. Defendant Sunbeam Products, Inc.'s further responses are to be provided to Plaintiff Noel Cogburn pursuant to the Court's February 9, 2021 order on April 1, 2021.

2. Plaintiff will agree to a 60 day extension for the further responses to first set of interrogatories and requests for production to April 30, 2021, if the deadlines for fact discovery and expert discovery are extended by 60 days.

3. The deadline to serve initial disclosures and complete fact depositions and discovery is extended 60 days to August 2, 2021.

4. The deadline to designate in writing and file with the Court the name,

address, and area of expertise of each expert they propose to tender at trial is extended 60 days to October 1, 2021.

5. The deadline to designate supplemental lists of expert witnesses is extended 60 days to November 8, 2021.

6. The deadline for all expert discovery, including depositions, is extended 60 days to January 24, 2022.

**IT IS SO ORDERED.**

Dated: February 26, 2021

Troy L. Nunley
United States District Judge