1  LISA P. GRUEN (SBN: 116077)
       *lgruen@goldbergsegalla.com*
2  ALEXANDRA B. ASCIONE (SBN: 316499)
       *aascione@goldbergsegalla.com*
3  GOLDBERG SEGALLA LLP
   777 S. Figueroa Street, 20th Floor
4  Los Angeles, CA  90017
   Telephone:  213.415.7200
5  Facsimile:   213.415.7299

6  Attorneys for Defendants
   SUNBEAM PRODUCTS, INC.
7  and WALMART, INC.

8
                **UNITED STATES DISTRICT COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA**
10

11
   NOEL COGBURN;                        )  Case No.  2:18-cv-01223-TLN-DMC
12                                       )  District Judge: Troy L. Nunley
                                         )
13                Plaintiff,             )
                                         )  **ORDER GRANTING**
14 vs.                                   )  **STIPULATION TO CONTINUE**
                                         )  **SETTLEMENT CONFERENCE**
15 SUNBEAM PRODUCTS, INC. doing          )
   business as JARDEN CONSUMER           )
16 SOLUTIONS; and WALMART INC.,          )  *[Filed concurrently with Stipulation to*
                                         )  *Continue Settlement Conference]*
17                Defendants.            )
                                         )  Trial Date: Not Set
18                                       )

19

20        A Stipulation was made between Plaintiff Noel Cogburn, Defendant Sunbeam

21 Products, Inc., dba Jarden Consumer Solutions, ("Sunbeam") and Defendant

22 Walmart, Inc. (hereinafter collectively, "Parties") to continue the Settlement

23 Conference scheduled before Magistrate Judge Carolyn K. Delaney on April 26,

24 2021 to June 29, 2021, at 9:30 a.m., a date on which Judge Delaney and all the parties

25 have agreed.

26        1.       On February 11, 2021, the Parties stipulated to submit this matter to a

27 Settlement Conference (Docket #64.) On or about February 17, 2021, the Court set

28 a Settlement Conference for April 26, 2021 at 9:30 a.m., via Zoom, before

1  Magistrate Judge Carolyn K. Delaney.

2          2.       On or about April 15, 2021, Counsel for Defendant Sunbeam learned

3  that it could not produce the parties necessary for the settlement conference on the

4  April 26, 2021 date.   Counsel promptly contacted Judge Delaney's courtroom

5  assistant, Ms. Judy Streeter, and obtained alternative dates which she then cleared

6  with  Plaintiff's  counsel  Aghavni  Kasparian  and  the  necessary  client

7  representative(s.)  The parties determined that all were available on June 29, 2021

8  and advised Ms. Streeter.  The parties were instructed to prepare and execute a

9  stipulate and order continuing the date of the Settlement Conference and to submit

10 same to Judge Nunley.

11         **GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation:

12         The Settlement Conference currently scheduled for April 26, 2021 is hereby

13 continued to June 29, 2021 at 9:30 a.m. via Zoom, before Magistrate Judge Carolyn

14 K. Delaney.

15

16         **IT IS SO ORDERED.**

17

18 Dated: April 20, 2021

19                                                          Troy L. Nunley
                                                            United States District Judge
20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES