1  LISA P. GRUEN (SBN: 116077)
       lgruen@goldbergsegalla.com
2  ALEXANDRA B. ASCIONE (SBN: 316499)
       aascione@goldbergsegalla.com
3  GOLDBERG SEGALLA LLP
   777 S. Figueroa Street, 20th Floor
4  Los Angeles, CA  90017
   Telephone:  213.415.7200
5  Facsimile:   213.415.7299

6  Attorneys for Defendants
   SUNBEAM PRODUCTS, INC. dba JARDEN CONSUMER SOLUTIONS and
7  WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN;<br><br>        Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. doing business as JARDEN CONSUMER SOLUTIONS; and WALMART INC.,<br><br>        Defendants. | Case No.  2:18-cv-01223-TLN-DMC<br>District Judge: Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>*[Filed concurrently with Stipulation to Extend Fact Discovery Deadline]*<br><br>Trial Date: Not Set |

A Stipulation was made between Plaintiff Noel Cogburn, Defendant Sunbeam Products, Inc., dba Jarden Consumer Solutions, ("Sunbeam") and Defendant Walmart, Inc. (hereinafter collectively, "Parties") to extend service of the initial disclosures and completion of fact depositions and discovery by 30 days to September 1, 2021.

///

///

///

1
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation:

The deadline for service of initial disclosures and completion of fact depositions and discovery be extended 30 days to **September 1, 2021**,

All other dates stated in the Court's Order Granting Stipulation to Extend Discovery Deadlines (Dkt. No. 68) shall remain the same.

**IT IS SO ORDERED.**

June 28, 2021

_____
Troy L. Nunley
United States District Judge