LISA P. GRUEN (SBN: 116077)
*lgruen@goldbergsegalla.com*
ALEXANDRA B. ASCIONE (SBN: 316499)
*aascione@goldbergsegalla.com*
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, 20th Floor
Los Angeles, CA  900174
Telephone:  213.415.7200
Facsimile:   213.415.7299

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.
and WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL COGBURN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNBEAM PRODUCTS, INC. doing business as JARDEN CONSUMER SOLUTIONS; and WALMART INC.,<br><br>　　　　Defendants. | Case No. 2:18-cv-01223-TLN-DMC<br><br>District Judge: Dennis M. Cota<br><br>**ORDER RE: DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO STRIKE PORTIONS OF DEFENDANTS' SUPPLEMENTAL EXPERT WITNESS DISCLOSURE**<br><br>Date:　　　　December 8, 2021<br>Time:　　　　10:00 a.m.<br>Courtroom: 340<br><br>FAC filed: 06-01-18 |

　　　IT IS HEREBY ORDERED:

　　　1.　　Defendants SUNBEAM PRODUCTS, INC. and WALMART, INC.'S Request for Telephonic Appearance at the hearing on the Motion to Strike is granted.

　　　2.　　Counsel Lisa P. Gruen, may appear telephonically at the hearing on the Motion to Strike Portions of Defendants' Supplemental Expert Witness Disclosure scheduled for December 8, 2021 at 10:00 a.m. in Courtroom 340 of the above-entitled Court.

3. Lisa P. Gruen, counsel for Defendants, will be readily available for the hearing and shall arrange her appearance through CourtCall.

Dated: December 3, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE